**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Coleman Keary SMITH, Petitioner**

**No. 921 MAL 2016**

Supreme Court of Pennsylvania.

May 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**